

NUMBER 13-18-00068-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MICHAEL MANN,                                                                  Appellant,

v.

COASTAL PROPERTIES,                                                          Appellee.

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

# MEMORANDUM OPINION
### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion by Justice Benavides

Appellant, Michael Mann, appealed a judgment entered by the County Court at Law No. 5 of Nueces County, Texas, in cause number 2017CCV-62336-5. Appellant has filed a motion to dismiss the appeal on grounds that the trial court inadvertently signed the wrong judgment, the correct judgment has been signed and appellant has prevailed,

and appellant no longer wishes to pursue this appeal.   Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

Appellant has filed a motion to waive or refund the filing fee.   Appellant states that the need to appeal and later dismiss the appeal was no fault of his own and was caused the trial court's administrative error.   The Court's records reflect the filing fee has not been paid.   The Court has considered the motion and it is the Court's opinion that the motion should be granted.   Accordingly, we GRANT the motion to waive the filing fee of $205.00 in this matter.   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
22nd day of March, 2018.

2